No. 46. OREGON SHORT LINE RAILROAD COMPANY, PLAIN-
TIFF IN ERROR, *v.* ADDA McMANUS, ETC.   In error to the
St. Louis Court of Appeals, State of Missouri.   Submitted
November 11, 1907.   Decided December 2, 1907.   *Per Curiam.*
Writ of error dismissed for the want of jurisdiction.   *California
Powder Works* v. *Davis,* 151 U. S. 389; *Dower* v. *Richards,* 151
U. S. 658; *Sayward* v. *Denny,* 158 U. S. 180; *Michigan Sugar
Company* v. *Michigan,* 185 U. S. 112; *Mutual Life Insurance
Company* v. *McGrew,* 188 U. S. 291.   See opinion below, 118
Mo. App. 152.   *Mr. Martin L. Clardy* and *Mr. J. D. Howe*
for plaintiff in error.   *Mr. W. C. Marshall* and *Mr. Henry
W. Bond* for defendant in error.

---

No. 55. ALASKA COMMERCIAL COMPANY ET AL., PLAINTIFFS
IN ERROR, *v.* GEORGE H. MELSE ET AL.   In error to the Su-
preme Court of the State of Washington.   Argued November 14,
1907.   Decided December 2, 1907.   *Per Curiam.*   Judgment
affirmed with costs.   *Gold Washing and Water Company* v.
*Keyes,* 96 U. S. 199; *Chesapeake and Ohio Railway Company*
v. *Dixon,* 179 U. S. 134; *Kansas City Suburban Belt Railway
Company* v. *Herman,* 187 U. S. 63; *Alabama Great Southern
Railway Company* v. *Thompson,* 200 U. S. 206; *Morris* v.
*Gilmer,* 129 U. S. 328; *Offner* v. *Railroad Company,* 148 Fed.
Rep. 201; *Knuth* v. *Railway Company,* 148 Fed. Rep. 3.   *Mr.
William H. Gorham* for plaintiffs in error.   *Mr. Corwin S.
Shank* and *Mr. John C. Higgins* for defendants in error.